

450 Seventh Ave
Suite 1408
New York, NY 10123

June 12, 2019

Barry M. Golden
T. 646.490.6677
F. 347.491.4048
bgolden@hasbanilight.com

*Licensed in NY*

**VIA ECF**

The Honorable Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:   *Windward Bora, LLC v. Prophete, et al.*
             1:18-cv-01048-KAM-SMG
             Briefing Schedule for Plaintiff's Motion for Summary Judgment

Dear Judge Matsumoto,

In compliance with your court rules, the parties submit the following briefing schedule for Plaintiff's Motion for Summary Judgment for your approval:

- Plaintiff's Motion for Summary Judgment shall be due on or before June 28, 2019;
- Defendants' Opposition to Plaintiff's Motion for Summary Judgment shall be due on or before July 26, 2019;
- Plaintiff's Reply shall be due on or before August 16, 2019;

We thank the Court for its time and consideration in this matter.

| **HASBANI & LIGHT, P.C.** | **MARK E. COHEN, ESQ.** |
|---|---|
| */s/ Barry M. Golden* | */s/ Mark E. Cohen* |
| Barry M. Golden, Esq. | Mark E. Cohen, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendants Prophete and Estime |