

Barry M. Golden, Esq.

450 Seventh Ave
Suite 1408
New York, NY 10123
T. 212.643.6677
F. 347.491.4048
bgolden@hasbanilight.com

July 26, 2019

**VIA ECF**
Honorable Steven M. Gold, U.S.M.J.
United States District Court, EDNY
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:** *Windward Bora, LLC v. Jean Patrick Prophete, et al*
            Case No.: 18-cv-01048-KMG-SMG
            **Request for Adjournment**

Dear Judge Gold,

We represent the Plaintiff Windward Bora, LLC in the above entitled matter. Plaintiff respectfully requests an adjournment relating to the scheduling order ("Scheduling Order") granted by the Court on June 19, 2019. The original deadline for defendants Jean Patrick Prophete and Jean Dadson Estime's (collectively, "Defendants") opposition is July 26, 2019, and Plaintiff's reply is originally due on August 26, 2019. This is the first request for an adjournment. Defendant's counsel has consented to an adjournment via email. Per your honor's rules, a proposed revised scheduling order follows:

New Deadline for Defendant's Opposition-August 2, 2019; and

New Deadline for Plaintiff's Reply-August 23, 2019.

As such, Plaintiff respectfully requests an adjournment of the Scheduling Order.

                                                          Respectfully,

                                                          */s/ Barry M. Golden*

cc:    Mark E. Cohen, Esq.
        *Counsel for Defendants*
        108-18 Queens Boulevard
        4th Floor, Suite 3
        Forest Hills, NY 11375